ORIGINAL

1  **RUSS, AUGUST & KABAT**
   DAVID R. GABOR, State Bar No. 145729
2  LOREN J. BECK, State Bar No. 241610
   12424 Wilshire Boulevard, 12th Floor
3  Los Angeles, California  90025
   Telephone:    310.826.7474
4  Facsimile:    310.826.6991
   Email:        dgabor@raklaw.com
5
   Attorneys for Plaintiff
6  Sunnylane Partners, LLC

7

8                          UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION
10

11 | In re                                    | Chapter 11
12 |                                          | Bankruptcy No. LA 08-32349 BR
   | EZRI NAMVAR,                             | Adv. Action No. 09-1095BR
13 |
14 |            Debtor.                       | **STIPULATED JUDGMENT**
   |                                          | [No Hearing Date Set]
15 |
   | SUNNYLANE PARTNERS, LLC, an
16 | Oklahoma limited liability company,
17 |            Plaintiff,
18 |    vs.
19 | EZRI NAMVAR, an individual,
20 |            Defendant.

21         The parties to the instant Adversary Proceeding, agree that this shall constitute a

22 judgment pursuant to stipulation in favor of Plaintiff, Sunnylane Partners, LLC ("Plaintiff") and

23 against Defendant, Ezri Defendant ("Defendant") as set forth below.

24         A.      Defendant is liable to Plaintiff in the amount of Two Million One Hundred Fifty

25 Thousand Dollars ($2,150,000.00) ("Judgment Amount");

26         B.      The Judgment Amount shall bear interest at the annual rate of ten percent (10%)

27 from and after the date of entry of this Stipulated Judgment;

28

Stipulated Judgment 071609.doc                    1

**JOINT STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

C. This Stipulated Judgment shall not be dischargeable in this Bankruptcy Case No. LA 08-32349 BR ("Case"), even if the Case is converted from one under Chapter 11 to one under Chapter 7, or any other Chapter, or in any subsequent case that may be filed or pending under Title 11, United States Code, section 101, et seq.;

D. Plaintiff shall be entitled to participate in any distribution made in or in connection with the above-captioned Case whether pursuant to a plan of reorganization confirmed in the Case, as a result of the liquidation of assets and disbursement of proceeds by a trustee, or otherwise;

E. Any amount[s] received by Plaintiff as provided in paragraph D above or recovered by Plaintiff pursuant to paragraph H below, shall be credited against the amount due pursuant to this Stipulated Judgment;

F. So long as any amount shall remain due under this Stipulated Judgment, Defendant shall provide Plaintiff with quarterly financial statements, which shall be due on the first business day of September, December, March and June of each year, and will be signed by Defendant under the penalty of perjury under the laws of the State of California and of the United States (the "Quarterly Reports");

G. Until such time as Defendant has paid in full the amounts due under this Stipulated Judgment, within ten (10) days of Plaintiff's request, Defendant shall provide Plaintiff with any and all requested documents, including without limitation bank statements, check registers and tax returns that reasonably support or substantiate the Quarterly Reports. Plaintiff agrees to keep confidential the Quarterly Reports and all information and documentation provided by Defendant pursuant to this Section G and Plaintiff shall refrain from using such information for any purpose other than for enforcement of the Stipulated Judgment;

H. Until such time as Defendant has paid in full the amounts due under this Stipulated Judgment, he shall use his best efforts to assist Plaintiff or its counsel to trace and recover the funds paid by Plaintiff in connection with the 1031 exchange;

I. Each of the parties to this Stipulated Judgment shall bear his/its attorneys' fees and costs of suit; provided that if any action must be instituted to enforce this Stipulated

1  Judgment, the party instituting such suit may be entitled to recoup from the other party any fees
2  or costs incurred in connection with such suit.
3      IT IS SO STIPULATED.

4  DATED: July 16, 2009

**LAW OFFICES OF STEPHEN F. BIEGENZAHN**
STEPHEN F. BIEGENZAHN

By: /s/ Biegenzahn
Stephen F. Biegenzahn
Attorneys for Defendant Ezri Namvar

DATED: July 17, 2009

**RUSS AUGUST & KABAT**
DAVID R. GABOR

By: /s/ David R. Gabor
David R. Gabor, Esq.
Attorneys for Plaintiff
Sunnylane Partners, LLC

Judgment Revised 071609

3

**JOINT STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

## ORDER

The Court having reviewed the stipulation, hereby orders that the terms of the stipulation become the order of the court and enters judgment in favor of Sunnylane Partners, LLC, and against Defendant, Ezri Namvar in the amount of $2,150,000.00 which judgment is nondischargable in this Bankruptcy Case No. LA 08-32349 BR ("Case"), even if the Case is converted from one under Chapter 11 to one under Chapter 7, or any other Chapter, or in any subsequent case that may be filed or pending under Title 11, United States Code, section 101, et seq.and which shall bear interest from the date of this order at the rate of 10% per annum.

IT IS SO ORDERED.

Date: _Aug 4_, 2009

_____
The Honorable Barry Russell